# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3132

_____

United States of America,                    *
                                             *
                    Appellee,                 *
                                             *    Appeal from the United States
            v.                                *    District Court for the Southern
                                             *    District of Iowa.
James Quenzell Owens,                         *
                                             *         [UNPUBLISHED]
                    Appellant.                *

_____

Submitted: May 23, 2006
Filed: May 30, 2006

_____

Before RILEY, MAGILL, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

        A jury found James Quenzell Owens guilty of possessing 500 grams or more of powder cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). The district court[1] sentenced him to 120 months in prison and 8 years of supervised release. On appeal, his counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), raising two issues.

_____

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

First, we conclude that the district court did not clearly err in finding that Owens consented to the search of his car during a traffic stop, see United States v. Esquivias, 416 F.3d 696, 699-700 (8th Cir. 2005) (standard of review), or in finding that Owens's consent was voluntary, see United States v. Mancias, 350 F.3d 800, 804 (8th Cir. 2003) (standard of review). Second, we conclude that the trial evidence was sufficient to support his conviction. See United States v. Howard, 427 F.3d 554, 557 (8th Cir. 2005) (standard of review; elements of offense).

Having reviewed the record independently under Penson v. Ohio, 488 U.S. 75 (1988), we conclude that there are no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court.

_____